# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2283

_____

SERVICE AMERICAN INDEMNITY
COMPANY/PMA INSURANCE
GROUP and ROBERT B. HESS
RACING, INC.,

    Appellants,

    v.

BULFRANO ANDRES BAHENA,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Michael J. Ring, Judge.

Date of Accident:  July 23, 2023.

November 26, 2025

PER CURIAM.

Because competent, substantial evidence in the record supports the Judge of Compensation Claims' findings that Appellee met the definition of employee and did not meet the definition of independent contractor, the amended final compensation order is affirmed. *See* § 440.02(18)(a), Fla. Stat. (2023) (defining employee under Workers' Compensation Law); § 440.02(18)(d)1. (defining independent contractor).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

―――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――

Jodi K. Middleton of Zimmerman, Kiser & Sutcliffe, P.A., Orlando; Richard N. Asfar of Almazan Law, Tampa; K. Kay Dodd Anderson, and Rene E. Hidalgo of Almazan Law, Miami, for Appellants.

Michael J. Winer of Winer Law Group, Tampa; Richard James Dolan, II, Fort Lauderdale, for Appellee.